

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00591-CR

The **STATE** of Texas,
Appellant

v.

Sylvia **MATA**,
Appellee

From the County Court at Law No. 11, Bexar County, Texas
Trial Court No. 613535
Honorable Tommy Stolhandske, Judge Presiding

PER CURIAM

Sitting:      Irene Rios, Justice
              Beth Watkins, Justice
              Liza A. Rodriguez, Justice

Delivered and Filed: December 23, 2020

MOTION TO DISMISS GRANTED, APPEAL DISMISSED

Appellant, the State of Texas, has filed a motion to dismiss this appeal. The motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.2(a) (authorizing appellate courts to dismiss criminal appeals on the appellant's motion prior to a decision in the appeal).

PER CURIAM

Do not publish